RECEIVED

JUL 3 1 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Victoria Charles Giles

Plaintiff(s),

vs.

Topline Credit Union
AKA
Topline Financial Credit Union.

Case No. _25-cv-3105-ADM/SGE_
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☑    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name VICTORIA Charles Giles

   Street Address 7800 International Dr. Ste622

   County, City Hennepin

   State & Zip Code Bloomington MN. 55425

   Telephone Number 952-299-9369

   E: vcntv22@gmail.com

SCANNED
AUG 0 1 2025
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name *TOPLine FINANCIAL Credit Union (Atty Jake LePenn.)*

Street Address *250 Marquette Ave Suite540*

County, City *Minneapolis MN 5549 (mapleGrove, MN.)*

State & Zip Code

b. Defendant No. 2

Name

Street Address

County, City

State & Zip Code

c. Defendant No. 3

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:                                State of Citizenship:

Defendant No. 1:                               State of Citizenship:

Defendant No. 2:                               State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

[X] Defendant(s) reside in Minnesota    [X] Facts alleged below primarily occurred in Minnesota

[X] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. (1) Wrongful Repossion: Plantiffs 2017 Mercedes AMG GLE43 (MIN 4JGDA6EB *[illegible]* 90880) was repossed *[illegible]* on *[illegible]* July 13-14 2025, *[illegible]* Plantiff was under the protection of *[illegible]* post staying of federal bk *[illegible]* that made over $6500 *[illegible]* $5020 on Feb 19 2025 *[illegible]* office *[illegible]* Ann L. Mgr Gretta *[illegible]* agent *[illegible]* signed at *[illegible]* photo *[illegible]* no postal *[illegible]* via E-mail *[illegible]* three months *[illegible]* by serving outdated *[illegible]* from MN to GA (2) violation of Bankruptcy stay *[illegible]* never converted or properly dismissed (see *[illegible]*) (3) Consumer protection *[illegible]* process violation *[illegible]*

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

#4: Bias *[illegible]* Denial of fair hearing by Bankruptcy Court *[illegible]* Judge *[illegible]* wrongfully ruled that no stay *[illegible]* technical *[illegible]* *[illegible]* need evidence *[illegible]*

**REQUEST FOR RELIEF**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking. Plantiff respectfully request that this Honorable court (1) Issue an emergency Temporary Restraining Order (TRO) *[illegible]* to place Financial *[illegible]* *[illegible]* recon, employees o all persons *[illegible]* Active concert or participation *[illegible]* from selling *[illegible]* *[illegible]* or dispose of Plantiffs *[illegible]* 2017 Mercedes *[illegible]* *[illegible]* plantiffs possession *[illegible]* from plantiff *[illegible]* *[illegible]* excute *[illegible]*

4

Signed this _____ day of __July 2025__

Victoe Odefelis

Signature of Plaintiff

Temp Hell
7800 International Dr ste 622
Bloomington MN 55425

Mailing Address

Email: ventu21@gmail.com

Telephone Number

952-299-9369

<u>Note:</u>   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

Attached
Summons + Complaint
TRO
Motion for Temporary Restraining
Order, preliminary Injunction
w/ Statement of Claim,
Requested Relief.
Proposed Order, Memorandum,
of under statute, Request
for Emergency Hearing
+ Injunctive Relief
Motion to Proceed Informa Pauperis
(fee Waiver)
Exhibits List & Summary
Declaration